UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHP CAPITAL MANAGEMENT LLC, | CASE NO. C25-2445-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO STAY |
| v. | |
| OAK HARBOR CAPITAL LLC, et al., | |
| Defendant(s). | |

Finding good cause, the Court GRANTS the parties' stipulated motion to stay all deadlines and other proceedings in this matter. Dkt. No. 45. The early case deadlines previously set are VACATED. Dkt. No. 44. No later than 45 days after the completion of the bench trial in *Cymbidium Restoration Trust v. American Homeowner Preservation Trust Series AHP Servicing*, No. 2:24-cv-00025-KKE (W.D. Wash.), the parties shall file a joint status report addressing whether the stay should be lifted.

Dated this 11th day of May, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY - 1